IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.09-cv-00655-WDM-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$14,356.00 IN UNITED STATES CURRENCY,

    Defendant.

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Default Judgment and Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by supplemental Rule G(4) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after notice, there have been no Claims, Answers, or other responsive pleadings filed in this matter as required by Rule G(5) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT Entry of Default was entered by the Clerk on June 29, 2009 (Document #12);

THAT based upon the facts and verification set forth in the Verified Complaint, it appears that there was reasonable cause for the seizure of all the defendant property and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881; and

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default judgment and forfeiture of defendant $14,356.00 in United States Currency, including all right, title, and interest is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the defendant property and may dispose of said property in accordance with law; and

THAT this Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465.

Dated this 13th day of July, 2009.

BY THE COURT:

s/ Walker D. Miller
_____
Walker D. Miller
U.S. District Court Senior Judge